UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>RANDY DEL MCREYNOLDS,<br>AMY JO MCREYNOLDS,<br>MARIAH SARA FOSTER<br>(a/k/a "Mariah Sara McReynolds"),<br>and<br>DUSTIN DOUGLAS FOSTER,<br><br>                  Defendants. | Case No. 2:23-CR-0012-TOR-1, 2, 3, & 4<br><br>Order Granting Government's Motion for a Protective Order |

IT IS HEREBY ORDERED that:

1. The Government's Motion for a Protective Order, ECF No. 96, is **GRANTED**.

2. The Government will provide discovery materials contained within Discovery Production #7 to defense counsel;

3. Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials contained within Discovery Production #7, including sealed documents;

Order Granting Government's Motion for a Protective Order - 1

  4. Defense counsel may show to, and discuss with the Defendants, all discovery materials contained within Discovery Production #7, including sealed documents;

  5. Defense counsel shall not provide original or copies of any discovery materials contained within Discovery Production #7 to the Defendants. This is meant to include verbatim, or close to verbatim, recitations of discovery produced to defense counsel;

  6. Defense counsel shall not otherwise provide original or copies of the discovery material contained within Discovery Production #7 to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

  7. The Government, defense counsel, and witnesses may reference the existence and content of sealed / protective discovery material in open and closed court proceedings relevant to Case No. 2:23-CR-00012-TOR; provided however, any written reference to the content of the protected discovery **shall be filed under seal.**

  IT IS SO ORDERED. The Clerk shall enter this Order and furnish copies to counsel.

  Dated this 15th day of September 2023.



        _____
        THOMAS O. RICE
        United States District Judge